**ORDER:** Motion granted. Reply brief shall be filed within 14 days of the entry of this Order.

*E. Clifton Knowles*
U.S. Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

BENITA GRAVES )
    Plaintiff, )
) CASE NO.: 3:12-CV-1242
v. )
) Magistrate Judge E. Clifton Knowles
)
Commissioner of Social Security, )
    Defendant.

## MOTION FOR LEAVE TO FILE A REPLY BRIEF

    Plaintiff hereby moves the Court for leave to file a ReplyBrief. For cause, Plaintiff would show that Defendant Commissioner's Response contains inaccurate interpretations of law and fact in this case.

    Accordingly, Plaintiff requests that the court grant leave to Plaintiff to file a Reply Brief in this matter.

                                Respectfully Submitted,

                                /s/ Alan Stuart Graf
                                Alan Stuart Graf
                                Attorney for Plaintiff
                                BPR 24908
                                316 Second Rd.
                                Summertown, Tn, 38483
                                Telephone: 931-964-3123